UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61888-RAR

**KARLA DONOSO,**

    Plaintiff,

v.

**UNITED COLLECTION BUREAU, INC.,**

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Settlement [ECF No. 12], filed on October 6, 2021, indicating that the parties have reached an agreement resolving this matter. The Court having carefully reviewed the file, and being otherwise advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **sixty (60) days** of the date of this Order.

2. The Clerk shall **CLOSE** this case for administrative purposes only.

3. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of October, 2021.

                                      _____
                                      **RODOLFO A. RUIZ II**
                                      UNITED STATES DISTRICT JUDGE